**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON APPELLEE'S MOTION FOR REHEARING AND EN BANC RECONSIDERATION

Appellate case name:     City of Houston v. Magdalena Villafuerte and Javier Roque Villafuerte

Appellate case number:   01-21-00517-CV

Trial court case number: 2021-16655

Trial court:             270th District Court of Harris County

The panel having voted to deny rehearing and the en banc court having voted unanimously against reconsideration en banc, Magdalena Villafuerte and Javier Roque Villafuerte's motion for rehearing and en banc reconsideration is **denied**.

Justice's signature:  /s/ Gordon Goodman
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Hightower

En Banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: September 8, 2022